# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, D.C. KING, M.C. HOLIFIELD**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**THOMAS H. SEITZ**
**LANCE CORPORAL (E-3), U.S. MARINE CORPS**

**NMCCA 201400148**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 11 Feb 2014.
**Military Judge:** LtCol D.M. Jones, USMC.
**Convening Authority:** Commanding Officer, Marine Corps Air Station, Beaufort, SC.
**Staff Judge Advocate's Recommendation:** Maj C.M. Achico, USMC.
**For Appellant:** Maj Michael Berry, USMCR.
**For Appellee:** Mr. Brian Keller, Esq.

**31 July 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court